UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

FRANCIS MOORE, DEREK
DAVIS, PHILLIP HENTZ,
CHARLES HOLMES,
TERRENCE JAMES, ROY     CIVIL ACTION NO: 3:12-CV-757(JWD)(RLB)
JOHNSON, SHAWN KEITH,
CARLOS NEAL, MARCUS
RICHARDSON, BYRON RICKS,
BEOWULF SNELL, and PANDRA    JUDGE deGRAVELLES
VAUGHN

    *Plaintiffs*,    MAGISTRATE JUDGE BOURGEOIS

v.

THE SHAW GROUP, INC.

    *Defendant*.

### DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT GENUINELY IN DISPUTE AS TO THE CLAIMS OF PLAINTIFF TERENCE JAMES

NOW INTO COURT, through undersigned counsel, comes Defendant, Shaw Constructors, Inc., incorrectly identified as The Shaw Group, Inc. ("Defendant" or "Shaw Constructors"), and, in accordance with Local Rule 56(a), submits this Statement of Material Facts Not Genuinely in Dispute As To the Claims of Plaintiff Terence James.[1]

**Background About Shaw Constructors, Inc.**

1. Shaw Constructors provides, among other things, engineering and construction-related services at power plants located throughout the country.[2]

---

[1] Mr. James's first name is incorrectly spelled as "Terrence" throughout the lawsuit. *See* First Amended Complaint, Doc. No. 6. The correct spelling is "Terence." Deposition of Terence James, p. 9. This document uses the correct spelling. Excerpts from the Deposition of Terence James are attached to Defendant's Motion for Summary Judgment as Exhibit 1 and cited herein as "James, p. ___."

[2] Declaration of Olan Bond, ¶3. The Declaration of Olan Bond is attached to Defendant's Motion for Summary Judgment as Exhibit 2 and will be cited herein as "Bond Dec. ¶__."

2. During the period from 2007 through March 28, 2013, Shaw Constructors entered into a contract with American Electric Company to provide construction-related services to a coal-generated power plant owned and operated located in Fulton, Arkansas. The site was called the John W. Turk Jr. Power Plant and referred to as the "Turk site."[3]

3. As part of its construction services, Shaw hired and utilized various construction craft workers including, pipefitters, welders, boilermakers, millwrights, and general laborers at the Turk site.[4]

4. Except for James, all Plaintiffs in this lawsuit worked for Shaw Constructors and, at some point, worked for Shaw Constructors at the Turk site.[5]

5. Shaw Constructors does not maintain an office in Lake Charles, Louisiana.[6]

6. Shaw Constructors did not perform work or provide workers to the Goodyear plant located in Beaumont, Texas.

**Background pertaining to Shaw Maintenance, Inc.**

7. Shaw Maintenance, Inc. ("Shaw Maintenance") is a separate and distinct legal entity from Shaw Constructors with a separate line of business.[7]

8. Shaw Maintenance provides maintenance services to operators of energy generation facilities and other industrial facilities located throughout the country.[8]

---

[3] Bond Dec. ¶4; Declaration of Thomas Roosa ¶4. The Declaration of Thomas Roosa is attached to Defendant's Motion for Summary Judgment as Exhibit 3 and will be cited herein as "Roosa Dec. ¶__."
[4] Bond Dec. ¶5.
[5] Bond Dec., ¶5, 7; Roosa Dec., ¶4.
[6] Roosa Dec., ¶24.
[7] Roosa Dec. ¶24.
[8] Roosa Dec. ¶21.

**Facts Pertaining to Terence James**

9.  On or about August 11, 2010, James was hired by Shaw Maintenance as a boilermaker journeyman in Westlake, Louisiana.[9] He was terminated on August 28, 2010 as part of a reduction-in-force.[10]

10. On or about June 8, 2011, James was hired by Shaw Maintenance as a Laborer Helper to work at the Goodyear plant located in Beaumont, Texas.[11]

11. During his employment at the Goodyear plant, James reported to Elton Kennerson who, in turn, reported to C.P. Abshire.[12] Kennerson is black and Abshire is white.[13]

12. Approximately three weeks after he began working at the Goodyear site, James sought to be promoted into a boilermaker journeyman position, which earned a higher rate of pay.[14] James was not offered the position and he does not know who filled the position other than it was a "white guy."[15]

13. Approximately two weeks later, another boilermaker position came open and James talked to Abshire about moving into this position.[16] James testified, "If I'm not mistaken, they filled that with an outside guy too, a white guy."[17]

14. James claims he also spoke to a boilermaker foreman named Wayne Sullivan about unspecified other promotions and that he was summarily rejected for all of them.[18]

15. James also claims that he inquired about being promoted into a Safety position.[19] He claims that he talked to Abshire about moving into the safety position several times. He

---

[9] James, pp. 26-33, Exh. 2; Roosa Dec., ¶23, Exh. U.
[10] James, pp. 26-32, Exh. 4.
[11] James, pp. 17, 51-52, 76-77, Exh. 5.
[12] James, p. 54.
[13] James, p. 54.
[14] James, pp. 56-58.
[15] James, p. 58.
[16] James, pp. 59-60.
[17] Jaames, p. 61.
[18] James, pp. 62-63.

3

does not know who was selected for the position other than that the individual was "white."[20]

16. James' employment was terminated on October 31, 2011 and the Separation Notice states the reason for termination as "Resign Abandon Employment."[21]

17. In and around November 2012, James called Shaw Maintenance's Lake Charles office seeking employment but to no avail.[22]

18. James never worked at the Turk site.[23]

**The Lawsuit**

19. On March 29, 2013, James filed suit against Shaw asserting claims of race discrimination, racial harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, et seq. and 42 U.S.C. §1981.[24]

Dated: August 21, 2015            /s/ *Christine S. Keenan*
                                  CHRISTINE S. KEENAN, TA (La. #23293)
                                  JEREMY J. LANDRY (La. #30588)
                                  THE KULLMAN FIRM, P.C.
                                  4605 Bluebonnet Boulevard, Suite A
                                  Baton Rouge, LA 70809
                                  Telephone: (225) 906-4250
                                  csk@kullmanlaw.com
                                  jjl@kullmanlaw.com

                                  and

---

[19] James, p. 58.
[20] James, pp. 58-59.
[21] James, Exh. 6.
[22] James, pp. 11-13.
[23] James, Exhs. 2, 4.
[24] Amended Complaint, Doc. No. 6.

JERRALD L. SHIVERS (La. 12030)
THE KULLMAN FIRM, P.C.
1640 Lelia Drive, Suite 120
Jackson, MS 39216
Telephone: (601) 366-2990
jls@kullmanlaw.com

MICHAEL S. HUDSON (Miss. #99412)
(*Pro Hac Vice*)
THE KULLMAN FIRM, P.C.
Suite 704, Court Square Towers
200 6th Street North
Post Office Box 827
Columbus, MS 39701
Telephone: (662) 244-8824
msh@kullmanlaw.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of August, 2015, I electronically filed a copy of the foregoing document with the Clerk of Court by using the CM/ECF system.

/s/*Christine S. Keenan*
Counsel for Defendant